IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., by James R. Klein, Administrator, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL MAINTENANCE SOLUTIONS, LLC and THOMAS W. PELLETTE, <br><br> Defendants. | Civil Action No. 22-1542 |

## ORDER OF COURT

### Count I

AND NOW, to wit, this __28th__ day of ____March____, 2023, upon consideration of Plaintiff's Motion for Entry of Default Judgment and the affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is hereby GRANTED.  Judgment is entered in favor of the Plaintiff, Carpenters Combined Funds, Inc., and against the Defendant, National Maintenance Solutions, LLC, in the amount of $160,336.81.

### Count II

AND NOW, to wit, this __28th__ day of ____March____, 2023, upon consideration of Plaintiff's Motion for Entry of Default Judgment and the affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is hereby GRANTED.  Judgment is entered in favor of the Plaintiff, Carpenters Combined Funds, Inc., and against the Defendant, Thomas W. Pellette, in the amount of $147,289.07.

### Count III

AND NOW, to wit, this __28th__ day of ____March____, 2023, upon consideration of Plaintiff's Motion for Entry of Default Judgment and the affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is hereby

GRANTED.  Judgment is entered in favor of the Plaintiff, Carpenters Combined Funds, Inc., and against the Defendant, Thomas W. Pellette, in the amount of $9,628.09.

    /s/ W. Scott Hardy
United States District Judge